FILED 01 SEP '11 08:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT JENSEN, ) | |
| ) | Civil No. 11-907-PK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO DISMISS |
| OHSU (Oregon Health and ) | |
| Science University), ) | |
| ) | |
| Defendant. ) | |
| _____) | |

BROWN, District Judge.

Plaintiff's Motion to Voluntarily Dismiss Without Prejudice [7] is GRANTED.

IT IS SO ORDERED.

DATED this 20th day of August, 2011.

Anna J. Brown
United States District Judge

1 - ORDER TO DISMISS