FILED 01 SEP '11 08:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT JENSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OHSU (Oregon Health and ) <br> Science University), ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 11-907-PK <br><br> ORDER TO DISMISS |

BROWN, District Judge.

Plaintiff's Motion to Voluntarily Dismiss Without Prejudice [7] is GRANTED.

IT IS SO ORDERED.

DATED this 20th day of August, 2011.

_____
Anna J. Brown
United States District Judge

1 - ORDER TO DISMISS